*man, John F. Davis* and *Roger S. Foster* filed a memorandum for the Securities & Exchange Commission supporting the petition.

No. 476. WOODWARD *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari granted, limited to the question whether a brother by adoption is within the permissible class of beneficiaries under § 602 (g) of the National Service Life Insurance Act of 1940. *Claude T. Wood* for petitioner. *Solicitor General Perlman* filed a memorandum stating that the United States was not opposed to the grant of the petition in this case, in view of a conflict between the Third and Eighth Circuits. *Jean Paul Bradshaw* for Haizlip, respondent.

No. 415. KNIGHT *v.* COMMONWEALTH & SOUTHERN CORP. ET AL. C. A. 3d Cir. Certiorari denied. *T. Roland Berner, M. Victor Leventritt* and *Aaron Lewittes* for petitioner. *Solicitor General Perlman* and *Roger S. Foster* filed a memorandum for the Securities & Exchange Commission; and *George Roberts* filed a memorandum for the Commonwealth & Southern Corporation, respondents.

No. 430. CARROLL ET AL. *v.* ALLEN B. DuMONT LABORATORIES, INC. ET AL. C. A. 3d Cir. Certiorari denied. *Charles J. Margiotti,* then Attorney General of Pennsylvania, *Harry F. Stambaugh* and *Abraham J. Levy,* Special Deputy Attorney General, for petitioners. *Wm. A. Schnader, Earl G. Harrison, W. Theodore Pierson, Henry B. Weaver, Jr., Thad H. Brown* and *George O. Sutton* for respondents.